FILED
DEC 0 2 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN SNYDER,

    Defendant.

Criminal No. 5:08-CR-61

Violation: 29 U.S.C. § 501 (c)

## INFORMATION

The United States Attorney charges that:

### Background

( Embezzlement - Title 29 U.S.C. §501(c))

1. At all times material to this Information, the United Steelworkers (USW), Local 5724, was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. At all times material to this Information, defendant, Stephen Snyder, Financial Secretary of USW, Local 5724, was an officer as that term is defined in Section 402(n) of Title 29, United States Code.

3. From in or about February, 2005 through in or about August, 2006, within the Northern Judicial District of West Virginia , and elsewhere, defendant engaged in a scheme and artifice to defraud and did embezzle, steal, and unlawfully and wilfully abstract and convert to his own use moneys, funds, securities, property and other

assets of USW, Local 5724 in the approximate amount of $78,893.47, said sum constituting a diversion of Local 5724 strike assistance benefits to Snyder's personal bank account and for the personal benefit of defendant.

**ALL IN VIOLATION OF TITLE 29, UNITED STATES CODE, SECTION 501(c).**

_____
SHARON L. POTTER
United States Attorney